UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| RAY ALLISON STANFORD, | ) No. 2:12-cr-00022-JMS-CMM-1 ) ) |
| Defendant. | ) |

**ORDER APPROVING RECOMMENDATION
ON COMPETENCY HEARING**

Having reviewed Magistrate Judge McKee's Report and Recommendation on competency as well as the Mental Examination Report [Doc. 27 under seal], the Court now approves and adopts the Report and Recommendation as follows:

The Court, in reliance on the report filed under seal, now finds as follows:

The defendant possesses the capacity to understand the nature and potential consequences of the charges against him and he has the ability effectively to assist his attorney in the defense of this matter. Although the defendant suffers from a mental disorder that is currently controlled by medication, the expert evidence before the Court is that the defendant is competent to proceed and his mental disorder, while treated, does not hinder his capacity to understand and participate in courtroom proceedings or to assist his attorney. It is anticipated that he will remain competent for the foreseeable future.

Mr. Dazey addressed the Court to express concerns that the defendant is not currently receiving the medication regimen outlined in the mental evaluation report. Consistent treatment for the defendant's mental disorder would appear critical not only to his well-being, but also to his capacity to participate in and make judgments pertinent to these criminal proceedings. Accordingly, the Court further **ORDERS** that the current custodian of the defendant, i.e., the

Federal Bureau of Prisons, to provide the following medications outlined at page 4 of the mental competency report:

--Haldol Decanoate injection (150 mg intramuscularly every three weeks)
--Benztropine, 1 mg tab, one tablet at bed time (for side effects)
--Buspar, 10 mg twice per day
--Celexa, 40 mg each evening
--Olanzapine, 30 mg each evening

The final pretrial and trial dates will be set by separate order.

Date: 03/27/2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF to:

William H. Dazey, Jr.
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org

Sharon M. Jackson
UNITED STATES ATTORNEY'S OFFICE
sharon.jackson@usdoj.gov